# Sills Cummis & Gross

### A Professional Corporation

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102**
**Tel: (973) 643-7000**
**Fax (973) 643-6500**

101 Park Avenue, 28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

Laura Sedlak
Member
Admitted In NJ, NY
Direct Dial: 973-643-4286
Email: lsedlak@sillscummis.com

222 Lakeview Avenue, Suite 800
West Palm Beach, FL 33401
Tel: (561) 693-0440
Fax: (561) 828-0142

November 14, 2025

**BY CM/ECF**

Hon. Evelyn Padin
United States District Court
Martin Luther King & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101

Re:    *Hoffman v. The New York Times Company,* 2:25-cv-16103-EP-MAH

Dear Judge Padin:

We represent Defendant The New York Times Company in the above-referenced action. We write in response to a letter we received from Plaintiff Harold M. Hoffman, which is attached as Exhibit A.

The letter, addressed to Your Honor, but not filed on CM/ECF, claims that Defendant filed its motion to dismiss "in disregard" of Your Honor's General Pretrial and Trial Procedures, because Defendant did not first submit a letter requesting a pre-motion conference. In fact, Defendant complied with Your Honor's General Pretrial and Trial Procedures, which state, "The pre-motion letter requirement does not apply in cases in which either side is *pro se* or in bankruptcy or social security appeals." Prior to filing Defendant's motion, undersigned counsel called Your Honor's chambers to confirm that this exception—for cases in which a party is *pro se*—remains in effect. In his complaint, Mr. Hoffman states that he is both a plaintiff and "attorney for Plaintiff and the putative class." Because Mr. Hoffman is representing himself in this matter, he is appearing *pro se*, particularly given that no class has been certified. The pre-motion letter requirement, therefore, does not apply here.

20072722 v1

**Sills Cummis & Gross**
A Professional Corporation

November 14, 2025
Page 2


        Finally, we note that Mr. Hoffman appears to have violated Your Honor's General Pretrial and Trial Procedures, which also state: "All substantive correspondence with the Court should be filed on the CM/ECF docket."


                                        Respectfully submitted,

                                        */s/ Laura Sedlak*

                                        Laura Sedlak


CC:  All counsel of record

20072722 v1