# EXHIBIT A

**HAROLD M. HOFFMAN**
ATTORNEY AND COUNSELOR AT LAW

240 GRAND AVENUE
ENGLEWOOD, NEW JERSEY 07631-4352    T. (201) 410 - 8223

Member: New York & New Jersey Bars    hoffman.esq@verizon.net

November 12, 2025

**BY HAND DELIVERY**

Honorable Evelyn Padin, U.S.D.J.
United States District Court, District of New Jersey
50 Walnut Street
Newark, NJ 07101

    Re:  *HOFFMAN v. THE NEW YORK TIMES COMPANY;* **2:25-cv-16103 (EP) (MAH)**

Honorable Judge Padin:

I am counsel for the putative plaintiff class in this matter. In accordance with your Honor's *General Pretrial and Trial Procedures*, I respectfully enclose two courtesy copies of Plaintiff's Memorandum in opposition to Defendant's motion to dismiss Plaintiff's complaint. Plaintiff's Memorandum was electronically filed on the docket earlier today.

While Defendant's motion is without merit, and while we believe that our Memorandum makes this point with clarity, we note that Defendant filed its motion in disregard of your Honor's pre-motion rule requiring a party to first submit a signed letter requesting a pre-motion conference. Despite Defendant's non-compliance with your Honor's rules, we stand ready to attend, at the Court's discretion, a motion conference should the Court direct same. We also stand ready to present oral argument in opposition to Defendant's motion, should the Court deem such presentation useful.

Respectfully yours,

/s/ HMH
Harold M. Hoffman

Enclosures
cc: David L. Cook, Esq. (Defendant's Counsel - By Hand Delivery, with encl.)