**HAROLD M. HOFFMAN**
ATTORNEY AND COUNSELOR AT LAW

**240 GRAND AVENUE**

**ENGLEWOOD, NEW JERSEY 07631-4352**    **T. (201) 410 - 8223**

**Member: New York & New Jersey Bars**    **hoffman.esq@verizon.net**

November 14, 2025

*VIA ECF*

Honorable Evelyn Padin, U.S.D.J.
United States District Court, District of New Jersey
50 Walnut Street
Newark, NJ 07101

   Re: *HOFFMAN v. THE NEW YORK TIMES COMPANY*; **2:25-cv-16103 (EP) (MAH)**

Honorable Judge Padin:

I am counsel for the putative plaintiff class in this matter. I write very briefly to reply to opposing counsel's letter to Court of earlier today (D.E. #11).

Opposing counsel states that she failed to request a pre-motion conference, as required, because her opponent is a *pro se* litigant. Of course, that exception applies where one side is represented by an inexperienced, non-attorney as there is little value to a pre-motion conference where a novice is pitted against an attorney admitted to practice. It does not apply where opposing counsel, the undersigned, who acts for a significantly large putative class, was admitted to practice in the District of New Jersey before the author of D.E. #11 was born. [1]

_____

[1] Also erroneous is opposing counsel's claim that "[b]ecause Mr. Hoffman is **representing himself** in this matter, he is appearing *pro se*" (emphasis added). As this Court well knows, when I make application for class certification, a class representative – <u>not</u> the undersigned – will be designated. This, because the Third Circuit long ago adopted a *per se* rule prohibiting a lawyer from serving in the dual capacities of class representative and attorney of record. *See, Kramer v. Scientific Control Corp.*, 534 F.2d 1085, 1090 (1976).

As to opposing counsel's criticism of the undersigned for not filing my November 12 letter on the docket, I respectfully suggest that a letter providing the Court with courtesy copies of a Memorandum is not a "substantive" submission. Further, my November 12 letter, enclosing my Memorandum, was delivered to opposing counsel *contemporaneously* with its delivery to Court.

Respectfully yours,

*/s/ Harold M. Hoffman*

Harold M. Hoffman

cc: Defendant's Counsel - via ECF